[No. 30379-1-I.   Division One.   December 14, 1992.]

*In the Matter of the Marriage of* BRIAN J.
BINGHAM, *Respondent, and* KRISTEN
L. BINGHAM, *Appellant.*

Appeal from a judgment of the Superior Court for What-com County, No. 91-3-00391-2, Michael F. Moynihan, J., entered March 23, 1992. *Reversed* by unpublished opinion per Coleman, J., concurred in by Scholfield and Forrest, JJ.

[No. 28196-8-I.   Division One.   December 14, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. SCOTT
D. RODIGHIERO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 91-1-00217-3, Larry A. Jordan, J., entered April 1, 1991. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Coleman and Kennedy, JJ.

[No. 28251-4-I.   Division One.   December 14, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. SIDNEY
McDOWELL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90-1-05845-6, R. Joseph Wesley, J., entered March 29, 1991. *Affirmed* by unpublished opinion per Peke-lis, J., concurred in by Webster, A.C.J., and Scholfield, J.